MAMIE M. CARVER, FLORENCE M. CARVER AND ANNIE M. COZART v.
SALLIE C. CHAMBERS, WILLIE J. CLAYTON, RANIE T. CLAYTON,
BAXTER B. CLAYTON, FANNIE LOU PROCISE, ALMA C. FERGU-
SON, JACK CLAYTON, VIVIAN C. RICE, WILLIE OWEN, CLARENCE
OWEN, IKE OWEN, OZIE MORRIS, LOTTIE M. HARRIS, ELMER S.
MORRIS, LESSIE M. HARRIS, ELWOOD MORRIS, GRAHAM MORRIS,
BAXTER HOBGOOD, ROSA M. RILEY, AND MUSIAL MORRIS.

(Filed 4 November, 1964.)

APPEAL by defendants Willie Owen, Clarence Owen and Ike Owen, from *McKinnon, J.,* February Civil Session 1964 of PERSON.

This is a special proceeding for the sale of land devised by John D. Clayton to his daughter, Ella Clayton Owen, for her lifetime, for partition.

John D. Clayton executed his last will and testament on 16 April 1888, which will was duly probated on 12 January 1901. He devised certain land to his son, C. H. Clayton, other land to his daughter, Emma Clayton Morris, and her husband, and the remainder of his real estate to his daughter, Ella Clayton Owen, "for her to hold and to have her lifetime."

Ella Clayton Owen, C. H. Clayton and Emma Clayton Morris, the three children of the testator, as well as his widow, are all deceased.

The court below held that upon the death of John D. Clayton, testator, the remainder in the lands devised to Ella Clayton Owen for life, immediately vested in the heirs of the testator *per stirpes,* subject to the life estate devised to the widow of the testator. The court set out in the judgment below the respective interests of the grandchildren and the great-grandchildren of the testator, and authorized the sale of the lands involved for partition.

Defendants Willie Owen, Clarence Owen and Ike Owen appeal, assigning error.

*R. B. Dawes, Charles B. Wood for appellees.*
*Ramsey, Davis & Long for appellants.*

PER CURIAM. If John D. Clayton devised to his daughter, Ella Clayton Owen, only a life estate in his last will and testament, there is no contention that the judgment entered below does not set out the respective interests of the parties correctly. Moreover, in the case of *Owen v. Gates,* 241 N.C. 407, 85 S.E. 2d 340, this Court held that Ella Owen took only a life estate in the lands devised to her under her father's will. Therefore, the judgment of the court below is
    Affirmed.